UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TIERRA PITMON, | ) | Case No. 1:11 CV 2158 |
| | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER OF DISMISSAL |
| | ) | |
| JACOB LAW GROUP, | ) | |
| | ) | |
| Defendant. | ) | |

Counsel has notified the Court that above captioned case has been dismissed with prejudice.

Therefore, this case is dismissed with prejudice.

IT IS SO ORDERED.

                                                                                                        _/s/Donald C. Nugent___
                                                                                                        DONALD C. NUGENT
                                                                                                        United States District Judge

DATE: __May 21, 2012_____